AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of electronic media storage, including CD-ROMs, thumb drives, and diskettes, held in evidence at the Washington Field Office, Federal Bureau of Investigation.

## SEARCH WARRANT

CASE NUMBER: 07-316-M-01

TO: __Kathleen M. Bryant__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Kathleen M. Bryant who has reason to believe that,

contained on electronic media storage, including CD-ROMs, thumb drives, and diskettes, in the possession of CHRISTOPHER LEE ORLOSKI at the time of his arrest, as further described in the attached affidavit,

in the District of Columbia, there is now concealed information related to threats made by CHRISTOPHER LEE ORLOSKI, including but not limited to plans and documents for explosives and materials, including chlorine, such as orders, instructions on how to handle and store dangerous materials, directions, and maps to government buildings and property, as more fully described in the accompanying affidavit, as more fully described in the accompanying affidavit, which is evidence, fruits, and instrumentalities of crimes concerning a violation of Title 18 United States Code, Section 1038.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___July 1, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 21 2007

Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_/s/ John M. Facciola_
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>6/21/2007 | DATE AND TIME WARRANT EXECUTED<br>6/26/2007 3:45p | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Mike Dunphy - US Capitol Police |
| INVENTORY MADE IN THE PRESENCE OF   Julia Eldridge - US Capitol PD |||

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

3 floppy diskettes - black
38 CD's in evidence bag
5 computer components (memory stick & thumb drives)
7 CD's loose

**FILED**

JUL 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

*Kathleen M. Bryant*

Subscribed, sworn to, and returned before me this date.

_____          7/2/07
U.S. Judge or U.S. Magistrate Judge          Date